## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA

JUNIOR DURAN,

    Plaintiff,

**v.**                           **Case No.:**  6:25-cv-02486

TRANS UNION LLC,

VOLKSWAGEN CREDIT INC.,

    Defendant.

_____

### NOTICE OF PENDENCY OF OTHER ACTIONS

In accordance with Local Rule 1.07(c), I certify that the instant action:

☐    **IS** related to pending or closed civil or criminal case(s) previously filed in this Court, or any other federal or state court, or administrative agency as indicated below:

☒    **IS NOT** related to any pending or closed civil or criminal case filed with this Court, or any other federal or state court, or administrative agency.

Dated: December 26, 2025

Respectfully Submitted,

/s/ Samuel J. Awad                          .
**SAMUEL J. AWAD, ESQ.**
Florida Bar No.: 1058426
E-mail: samuel@jibraellaw.com
*Lead Counsel for Plaintiff*
**GERALD D. LANE, JR., ESQ.**
Florida Bar No.: 1044677
E-mail: gerald@jibraellaw.com
The Law Offices of Jibrael S. Hindi
1515 NE 26th Street
Wilton Manors, Florida 33305
Phone: 754-444-7539

COUNSEL FOR PLAINTIFF

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on December 26, 2025, I electronically filed the

foregoing with the Clerk of the Court using the CM/ECF system which will send

notification of such filing to the following:

s/Samuel J. Awad
**SAMUEL J. AWAD, ESQ.**
Florida Bar No.: 1058426

COUNSEL FOR PLAINTIFF