**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA**

| | |
|---|---|
| JUNIOR DURAN, | |
| Plaintiff, | Case No.: 6:25-cv-02486-RBD-RMN |
| v. | |
| TRANS UNION, LLC and VW CREDIT INC.; | |
| Defendants. | |

**DEFENDANT TRANS UNION, LLC'S ANSWER TO
PLAINTIFF'S COMPLAINT AND DEFENSES**

COMES NOW, Defendant Trans Union LLC ("Trans Union") by and through its counsel of record, and hereby files its Answer and Defenses to Plaintiff's Complaint ("Complaint"). The paragraph numbers below correspond to the paragraphs contained in the Complaint to the extent possible:

**JURISDICTION AND VENUE**

1. Trans Union admits that jurisdiction is proper pursuant to 15 U.S.C. § 1681p.

2. Trans Union states that the allegations of this paragraph are legal conclusions and, so stating, denies them.

**DEMAND FOR JURY TRIAL**

3. Trans Union admits that Plaintiff demands a jury and objects to the

1

extent that any of the issues demanded are not so triable.

## PARTIES

4. Trans Union states that it lacks knowledge or information sufficient to form a belief about the truth of these allegations, which has the effect of a denial under Rule 8(b)(5).

5. Trans Union admits that it is a "consumer reporting agency" as that term is defined by the Fair Credit Reporting Act, 15 U.S.C. § 1681, *et seq*.

6. Trans Union denies that the statements contained in this paragraph require a response from Trans Union as they do not constitute allegations asserted against it.

## GENERAL ALLEGATIONS

7. Trans Union states that cited provision(s) of the FCRA speaks for itself. To the extent that this Paragraph misquotes or misstates the text or appropriate interpretation of the FCRA, Trans Union denies the same.

8. Trans Union states that cited provision(s) of the FCRA speaks for itself. To the extent that this Paragraph misquotes or misstates the text or appropriate interpretation of the FCRA, Trans Union denies the same.

9. Trans Union states that cited provision(s) of the FCRA speaks for itself. To the extent that this Paragraph misquotes or misstates the text or appropriate interpretation of the FCRA, Trans Union denies the same.

10. Trans Union states that cited provision(s) of the FCRA speaks for itself.

To the extent that this Paragraph misquotes or misstates the text or appropriate interpretation of the FCRA, Trans Union denies the same. Trans Union denies that the statements contained in this paragraph require a response from Trans Union as they do not constitute allegations asserted against it.

11. Trans Union denies the allegations of this paragraph, as they apply to Trans Union, and denies the remaining allegations of this require a response, as they do not constitute allegations asserted against it.

12. Trans Union denies the allegations of this paragraph, as they apply to Trans Union, and denies the remaining allegations of this require a response, as they do not constitute allegations asserted against it.

13. Trans Union admits that it received correspondence, purportedly from Plaintiff, on multiple occasions in connection with the VW Credit account or tradeline. Trans Union further admits that it contacted the furnisher in connection therewith, and the furnisher verified the reporting as Trans Union noted in its investigation results, or Trans Union otherwise responded in compliance with the FCRA. Trans Union states that the document(s) cited speaks for itself. Trans Union states that the remaining allegations of this paragraph are legal conclusions and, so stating, denies them. Trans Union denies the remaining allegations of this paragraph, as they apply to Trans Union.

14. Trans Union denies the allegations of this paragraph, as they apply to Trans Union, and denies the remaining allegations of this require a response, as they

3

do not constitute allegations asserted against it.

## COUNT I
## TRANS UNION'S VIOLATION OF THE FAIR CREDIT REPORTING ACT
(15 U.S.C. § 1681e(b))

15.     Trans Union reasserts its answers and responses set forth herein.

16.     Trans Union denies the allegations of this paragraph, as they apply to Trans Union, and denies the remaining allegations of this require a response, as they do not constitute allegations asserted against it.

17.     Trans Union states that cited provision(s) of the FCRA speaks for itself. To the extent that this Paragraph misquotes or misstates the text or appropriate interpretation of the FCRA, Trans Union denies the same. Trans Union denies that the statements contained in this paragraph require a response from Trans Union as they do not constitute allegations asserted against it.

18.     Trans Union denies the allegations of this paragraph, as they apply to Trans Union, and denies the remaining allegations of this require a response, as they do not constitute allegations asserted against it.

19.     Trans Union denies the allegations of this paragraph, as they apply to Trans Union.

20.     Trans Union denies the allegations of this paragraph, as they apply to Trans Union, and denies the remaining allegations of this require a response, as they do not constitute allegations asserted against it.

21.     Trans Union denies the allegations of this paragraph, as they apply to Trans Union, and denies the remaining allegations of this require a response, as they do not constitute allegations asserted against it. Trans Union states that the allegations of this paragraph are legal conclusions and, so stating, denies them.

22.     Trans Union denies the allegations of this paragraph, as they apply to Trans Union, and denies the remaining allegations of this require a response, as they do not constitute allegations asserted against it. Trans Union denies that Plaintiff is entitled to any damages, costs, fees or other relief from or against Trans Union.

23.     Trans Union denies the allegations of this paragraph, as they apply to Trans Union, and denies the remaining allegations of this require a response, as they do not constitute allegations asserted against it. Trans Union denies that Plaintiff is entitled to any damages, costs, fees or other relief from or against Trans Union.

## <u>COUNT II</u>
## <u>TRANS UNION'S VIOLATION OF THE FAIR CREDIT REPORTING ACT</u>
(15 U.S.C. § 1681i)

24.     Trans Union reasserts its answers and responses set forth herein.

25.     Trans Union denies the allegations of this paragraph, as they apply to Trans Union.

26.     Trans Union denies the allegations of this paragraph, as they apply to Trans Union. Trans Union denies that Plaintiff is entitled to any damages, costs, fees or other relief from or against Trans Union.

27.    Trans Union denies the allegations of this paragraph, as they apply to Trans Union. Trans Union denies that Plaintiff is entitled to any damages, costs, fees or other relief from or against Trans Union.

## COUNT III
## VW CREDIT INC.'S VIOLATION OF THE FAIR CREDIT REPORTING ACT
(15 U. S.C. § 1681 s-2(b))

28.    Trans Union reasserts its answers and responses set forth herein.

29.    Trans Union denies the allegations of this paragraph, as they apply to Trans Union, and denies the remaining allegations of this require a response, as they do not constitute allegations asserted against it.

30.    Trans Union denies the allegations of this paragraph, as they apply to Trans Union, and denies the remaining allegations of this require a response, as they do not constitute allegations asserted against it.

31.    Trans Union denies the allegations of this paragraph, as they apply to Trans Union, and denies the remaining allegations of this require a response, as they do not constitute allegations asserted against it. Trans Union denies that Plaintiff is entitled to any damages, costs, fees or other relief from or against Trans Union.

## PRAYER FOR RELIEF

Trans Union denies the allegations contained in the prayer paragraph of the Complaint, including all subparts.

## DENIAL OF ANY REMAINING ALLEGATIONS

6

Except as expressly admitted herein, Trans Union denies any remaining allegations contained in the Complaint.

## DEFENSES

1.      Without admitting it has a burden of proof on the issue, at all relevant times, Trans Union maintained and followed reasonable procedures to avoid violations of the FCRA and assure maximum possible accuracy of the information concerning Plaintiff in preparing consumer reports related to Plaintiff.

2.      Any alleged damages to Plaintiff, which Trans Union continues to deny, are the result of the acts or omissions of Plaintiff or others, over whom Trans Union has no control and for whom Trans Union has no responsibility.

3.      Trans Union, in compliance with the FCRA, reasonably and completely reinvestigated and verified, updated, or removed all information disputed by Plaintiff.

4.      Trans Union at all times acted in compliance with the FCRA.

5.      Trans Union has not published any false, inaccurate or defamatory information to a third-party regarding Plaintiff and has not acted with negligence, malice, actual malice, or willful intent to injure.

6.      Some or all of Plaintiff's claims against Trans Union are barred by the applicable statute of limitations.

7.      Plaintiff failed to mitigate her alleged damages.

7

8.      Plaintiff's claims for exemplary or punitive damages and the FCRA damage model violate the Due Process Clause of the Fourteenth Amendment and the laws of the State of Florida.

9.      In the event that a settlement is reached between Plaintiff and any other party, Defendant Trans Union is entitled to any settlement credits permitted by law.

10.     Any alleged damages to Plaintiff, which Trans Union continues to deny, were caused in whole or in part by an intervening or superseding cause.

11.     Plaintiff lacks standing to assert the claims alleged in this action against Trans Union.

12.     Plaintiff's claim for declaratory relief is not authorized, provided for, or allowed under the FCRA.

WHEREFORE, PREMISES CONSIDERED, Defendant Trans Union, respectfully requests that this Honorable Court deny the relief requested in Plaintiff's Complaint, dismiss the action in its entirety, grant Trans Union its costs of suit and expenses incurred herein, including reasonable attorneys' fees, and for such other and further relief as the Court deems just.

Respectfully submitted,


*/s/ Alexandria Epps*

Alexandria Epps
Florida Bar No. 1002739
aepps@qslwm.com
QUILLING, SELANDER, LOWNDS,
WINSLETT & MOSER, P.C.
2200 Ross Avenue, Suite 2400
Dallas, Texas 75201
(214) 560-5463
(214) 871-2111 Fax
**Counsel for Trans Union LLC**

9

## CERTIFICATE OF SERVICE

I hereby certify that on the 22nd day of January 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all parties of record.

Samuel Joseph Awad
Email: samuel@jibraellaw.com
Gerald D Lane , Jr
Email: gerald@jibraellaw.com
The Law Offices of Jibrael S. Hindi, PLLC
1515 NE 26th St
Wilton Manors, FL 33305
754-444-7539
*Counsel for Plaintiff*

**Brian C. Frontino**
**Brian.frontino@morganlewis.com**
Morgan, Lewis & Bockius LLP
600 Brickell Avenue
Suite 1600
Miami, FL 33131
*Counsel for VW Credit Inc.*

*/s/ Alexandria Epps*
**ALEXANDRIA EPPS**

10